IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Amy Marie Mizzell, | C/A No. 8:15-cv-5057-TLW-JDA |
| PLAINTIFF, | |
| v. | **ORDER** |
| Carolyn W. Colvin, Acting Commissioner or Social Security, | |
| DEFENDANT. | |

This matter comes before the Court on Defendant's motion to remand this case to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 18. Plaintiff filed a response in which she consented to the case being remanded. ECF No. 19.

The Court has reviewed Defendant's motion and, for the reasons asserted therein and with Plaintiff's consent, the motion is GRANTED. This case is hereby REMANDED to the Commissioner for further administrative proceedings.

IT IS SO ORDERED.

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

September 21, 2016
Columbia, South Carolina

1